THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Bill Ardis d/b/a Ardis Roofing,       
Respondent,
 
 
 

v.

 
 
 
The Ray Company, Inc., also known as The Ray Roofing Company, Inc. and/or
G.G. Ray Company,        Appellant.
 
 
 

Appeal From York County
John Buford Grier, Circuit Court Judge

Memorandum Opinion No. 2004-MO-038
Heard June 10, 2004 - Filed July 26, 
 2004

AFFIRMED

 
 
 
Lucy London McDow, of Rock Hill, for Appellant.
C. Rauch Wise, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  After a review of the record 
 on appeal, this Court finds that there was sufficient evidence presented at 
 trial to support the trial judges ruling that (1) The Ray Company (Ray) breached 
 its contract with Ardis Roofing in failing to pay the balance due on the contract 
 and that (2) Ardis Roofing did not breach the implied warranty of suitability 
 for a particular purpose, especially considering that implied in the Ray-Eagles 
 Landing contract was Rays obligation to ensure that the construction project 
 complied with the local building codes.  See Townes Associates, Ltd. 
 v. City of Greenville, 266 S.C. 81, 86, 221 S.E.2d 773, 775 (1976) (Upon 
 review of an action at law tried without a jury, the findings of the judge 
 will not be disturbed  unless found to be without evidence which reasonably 
 supports the judges findings.).    
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.